# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONATO CARDOZA-CASTILLO (01),

    Defendant.

CASE NO. 15cr1414-AJB

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

Count 1: 8:1326(a) and (b) - Removed Alien Found in the United States

Count 2: 18:911 - False Claim to United States Citizenship

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 08/27/18

Anthony J. Battaglia
U.S. District Judge